**ALEX SINK,**
**CHIEF FINANCIAL OFFICER**
**STATE OF FLORIDA**
Florida Department of Financial Services

10-23872

| | |
|---|---|
| ELIAHU FINKELTUB ET AL. | CASE #:   09-22715-HOEVERLER |
| | COURT:   UNITED STATES DISTRICT CO |
| PLAINTIFF(S), | COUNTY: SOUTHERN |
| VS. | DFS-SOP#: 10-23872 |
| ST. TROPEZ II, LLC ET AL. | |
| DEFENDANT(S). | |

SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, ATTACHMENT A

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 20th day of April, 2010 and a copy was forwarded by Electronic Delivery on the 22nd day of April, 2010 to the designated agent for the named entity as shown below.

CHICAGO TITLE INSURANCE COMPANY
DONNA MOCH   (CLS-SOPPLATeam@wolterskluwer.com)
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Alex Sink
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

ELIZABETH LEE BECK
SUITE 555
28 WEST FLAGLER STREET
MIAMI FL 33130

AJ1